**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| AIDO MOBILITY LLC,<br><br>                   Plaintiff,<br>v.<br><br>CVS HEALTH CORP.,<br><br>                   Defendant. | Civil Action No. 1:20-CV-0650<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**MOTION TO REASSIGN CASES AS RELATED PURSUANT TO LOCAL RULE 40.4**

Pursuant to Local Rule 40.4, Plaintiff Aido Mobility LLC ("Aido Mobility" or " "Plaintiff) files this Motion to Reassign Cases cases based on the cases being related. On January 29, 2020, Aido Mobility filed six Complaints for patent infringement in the Northern District of Illinois, each asserting infringement of the same four U.S. Patents (*i.e.,* the same property) as set forth below.

| Case No. | Defendant | Current Judge | Patents-in-suit |
|---|---|---|---|
| 1:20-cv-0650 | CVS Health Corp. | Virginia M. Kendall | 6,983,139<br>7,058,395<br>7,212,811<br>7,292,844 |
| 1:20-cv-0657 | Domino's Pizza, Inc. | Elaine E. Bucklo | 6,983,139<br>7,058,395<br>7,212,811<br>7,292,844 |
| 1:20-cv-0662 | Sephora USA, Inc. | Virginia M Kendall | 6,983,139<br>7,058,395<br>7,212,811<br>7,292,844 |
| 1:20-cv-0663 | Starbucks Corporation | Mary M. Rowland | 6,983,139<br>7,058,395<br>7,212,811<br>7,292,844 |
| 1:20-cv-0665 | Walgreen Co. | Gary Feinerman | 6,983,139<br>7,058,395<br>7,212,811 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 7,292,844 |
| 1-20-cv-0668 | Yelp, Inc. | Charles R. Norgle Sr. | 6,983,139 7,058,395 7,212,811 7,292,844 |

Copies of the complaint in each higher numbered case are attached as Exhibits 1 through 5.

All of these cases are pending before this Court. Further, the handling of these cases by the same judge is likely to result in a substantial saving of judicial time and effort. For example, questions common to the patents-in-suit, such as claim construction, validity, etc., can be decided once as opposed to multiple times. In addition, the earliest filed case, Case No. 1:20-cv-650 ("the -650 Case"), has not progressed to the point where designating the later filed cases as related would be likely to delay the proceedings in the earlier case. A scheduling conference has not yet taken place in the -650 Case. Finally, the cases are susceptible of disposition in a single proceeding.

In light of the foregoing, and the fact that all conditions of Local Rule 40.4(a) and (b) are met, Aido Mobility respectfully requests that all six Aido Mobility matters be reassigned to the calendar of the Honorable Virginia M. Kendall and for such other and further relief as the Court deems just.

DATED: April 21, 2020

*/s/ Timothy E. Grochocinski*
Timothy E. Grochocinski
Illinois Bar No. 6295055
tim@nbafirm.com
Joseph P. Oldaker
Illinois Bar No. 6295319
joseph@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
P. 708-675-1975

*COUNSEL FOR PLAINTIFF*
*AIDO MOBILITY LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on April 21, 2020, on all counsel of record via CM-ECF as well via email on counsel for each Defendant in the -650 Case and all related cases as identified below.

| Case No. | Defendant | Counsel Served |
|---|---|---|
| 1:20-cv-0650 | CVS Health Corp. | Jeanne M. Gills<br>jmgills@foley.com |
| 1:20-cv-0657 | Domino's Pizza, Inc. | Thomas W. Cunningham<br>tcunningham@brookskushman.com<br>Frank Angileri<br>fangileri@brookskushman.com<br>John P. Rondini<br>jrondini@brookskushman.com<br><br>Erin R. Conway<br>econway@mcdonaldhopkins.com |
| 1:20-cv-0662 | Sephora USA, Inc. | David H. Bluestone<br>David.Bluestone@bfkn.com |
| 1:20-cv-0663 | Starbucks Corporation | Deborah J. Swedlow<br>bswedlow@honigman.com<br>Dennis J. Abdelnour<br>dabdelnour@honigman.com<br>Cristina Q. Almendarez<br>calmendarez@honigman.com |
| 1:20-cv-0665 | Walgreen Co. | Jason C. White<br>jason.white@morganlewis.com<br>Nicholas A. Restauri<br>nicholas.restauri@morganlewis.com<br>Maria E. Doukas<br>maria.doukas@morganlewis.com |
| 1-20-cv-0668 | Yelp, Inc. | Brian R. Michalek<br>Brian.michalek@saul.com |

*/s/ Timothy E. Grochocinski*